# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:20-CR-00203 |
| | : | |
| v. | : | |
| | : | |
| FRANK KELLY | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of January, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT** Defendant's motion to dismiss the indictment for failure to state an offense (Doc. 13) is **DENIED**.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania